SNELL & WILMER L.L.P.
Howard M. Privette, Bar No. 137216
hprivette@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

IFRAH LAW P.L.L.C.
A. Jeff Ifrah (*pro hac vice* forthcoming)
jeff@ifrahlaw.com
Abbey Block (*pro hac vice* forthcoming)
ablock@ifrahlaw.com
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, D.C. 20006
Telephone: 202.524.4140
Facsimile: 202.524.4141

Attorneys for Specially Appearing Defendants
MW Services Ltd., d/b/a/ Wow Vegas, Wow
Services Limited, Wowcom Services, Inc., and
Arena Entertainment Limited

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BOUCHER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MW SERVICES, LTD., d/b/a/ WOW VEGAS,<br><br>        Defendant. | Case No. 2:25-CV-02793-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION TO EXTEND EXISTING SCHEDULING ORDER TO COVER NEW DEFENDANTS ADDED IN AMENDED COMPLAINT**<br><br>  -and-<br><br>**ORDER THERON** |

4937-6481-4457

Plaintiff Jennifer Boucher ("Plaintiff") and specially appearing defendants Wow Services Limited, Wowcom Services, Inc., and Arena Entertainment Limited ("New Defendants"), through their attorneys, stipulate and agree as follows:

## **RECITALS**

1.      Plaintiff's original complaint in this case named only one defendant, MW Services, Ltd., d/b/a Wow Vegas ("MW Services") (MW Services, with the New Defendants, are the "Defendants," and Plaintiff and Defendants together are the "Parties");

2.      Plaintiff and MW Services previously submitted a stipulation setting forth an initial schedule for this case to address the sequencing and scheduling of an amended complaint, a motion to compel arbitration, any subsequent motion to dismiss, and Rule 26 matters, and the Court approved such stipulation by order dated October 17, 2025 (the "Stipulated Scheduling Order") (ECF 9);

3.      Plaintiff filed her first amended complaint on October 31, 2025 (ECF 10);

4.      The first amended complaint added the New Defendants as defendants in the case;

5.      Plaintiff requested that the New Defendants waive the service of summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, sending forms dated October 31, 2025, which were promptly executed and returned on behalf of the New Defendants (ECF 11-13);

6.      Pursuant to FRCP 4(d)(3), the date for the New Defendants to respond to the first amended complaint is now December 30, 2025;

7.      The New Defendants intend to join in the motion to compel arbitration to be filed by MW Services;

8.      The Parties have met and conferred and, subject to the approval of the Court, agreed that the schedule set forth in the Stipulated Scheduling Order should be extended to cover the New Defendants;

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

STIPULATION TO EXTEND SCHEDULING
ORDER TO NEW DEFENDANTS
CASE NO. 2:25-CV-02793-DJC-AC

4937-6481-4457

9.      By entering into this stipulation, Defendants are not agreeing to this Court's jurisdiction over them and are not waiving any defenses including arguments that this Court lacks jurisdiction over the Defendants;

### STIPULATION

WHEREFORE, subject to the approval of the Court, the Parties stipulate and agree that the schedule set forth in the Stipulated Scheduling Order shall govern the New Defendants, including an extension to respond to the first amended complaint such that:

1.      The New Defendants' time to answer, move, or otherwise respond to the first amended complaint pursuant to Rule 12 is extended until thirty days after resolution of Defendants' motion to compel arbitration, such that, if the motion is denied in whole or in part, and an appeal is taken, the time to respond shall be through and until the 30th day following issuance of the mandate of the Ninth Circuit upon its affirmance of the denial of Defendants' motion to compel arbitration.

**IT IS SO STIPULATED**.

Dated: November 12, 2025                 SNELL & WILMER L.L.P.


By: */s/ Howard M. Privette*
        Howard M. Privette

IFRAH LAW P.L.L.C.
        A. Jeff Ifrah
        Abbey Block

Attorneys for Specially Appearing
Defendants MW Services, Ltd. d/b/a/
Wow Vegas, Wow Services Limited,
Wowcom Services, Inc., and Arena
Entertainment Limited

/ / /

/ / /

/ / /

/ / /

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

STIPULATION TO EXTEND SCHEDULING
ORDER TO NEW DEFENDANTS
CASE NO. 2:25-CV-02793-DJC-AC

4937-6481-4457

Dated: November 12, 2025                EDELSBERG LAW, P.A.


By: */s/ Scott Edelsberg*
    *(as authorized on November 12, 2025)*
Scott Edelsberg
Gabriel Mandler

Attorneys for Plaintiff Jennifer Boucher


## ORDER ON STIPULATION


**IT IS SO ORDERED**.


Dated:  November 12, 2025        /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4937-6481-4457

STIPULATION TO EXTEND SCHEDULING
ORDER TO NEW DEFENDANTS
CASE NO. 2:25-CV-02793-DJC-AC