UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BOUCHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MW SERVICES, LTD., d/b/a WOW VEGAS, et al.,<br><br>Defendants. | Case No. 2:25-CV-02793-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION OF PARTIES TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

The Court, having considered the Joint Stipulation of Parties To Extend Deadlines For Opposition And Reply Briefing On Defendant's Motion to Compel Arbitration and Motion To Dismiss and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. That Plaintiff shall file and serve his papers in opposition to the motion to compel arbitration on or before January 29, 2026;

2. That Defendant shall file its reply papers to the motion to compel arbitration on or before February 27, 2026;

3. That the hearing on Defendants' Motion will be moved to March 19, 2026 or as soon thereafter as would be convenient for the court.

**IT IS SO ORDERED.**

Dated:  December 5, 2025              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE