UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JENNIFER BOUCHER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MW SERVICES, LTD., d/b/a WOW VEGAS, et al.,

Defendants.

Case No. 2:25-CV-02793-DJC-AC

**ORDER GRANTING THE JOINT STIPULATION OF PARTIES TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**

The Court, having considered the Joint Stipulation of Parties to Extend Deadlines for Opposition and Reply Briefing on Defendants' Motion to Compel Arbitration and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1.   That Plaintiff shall file its Response to Defendant's Motion to Compel Arbitration on or before March 9, 2026;

2.   That Defendants' Reply in Support of their Motion to Compel Arbitration is due on or before April 6, 2026;

3.   That a hearing on the Motion to Compel Arbitration be scheduled for May 7, 2026, or as soon as otherwise is convenient for the Court

4.      That if Defendants' Motion to Compel Arbitration is DENIED by this Court, Defendants shall answer or otherwise respond to Plaintiff's Complaint within thirty (30) days from the date of the Court's Order denying Defendants' Motion to Compel Arbitration; and

5.      By entering into this Stipulation and Order, Defendants do not submit to the jurisdiction of the Court and expressly preserve and reserve all defenses available under Federal Rule of Civil Procedure 12(b), including but not limited to lack of personal jurisdiction, improper venue, and failure to state a claim. Defendants' participation in the briefing or hearing of the Motion to Compel Arbitration shall not constitute a waiver of any such defenses.

**IT IS SO ORDERED.**

Dated:  January 22, 2026                              /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE JOINT STIPULATION OF PARTIES TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION
3:25-cv-07313-JSC