UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JENNIFER BOUCHER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MW SERVICES, LTD., d/b/a/ WOW VEGAS, WOW SERVICES LIMITED; WOWCOM SERVICES, INC.; and ARENA ENTERTAINMENT LIMITED,

Defendants.

Case No. 2:25-CV-02793-DJC-AC

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY BRIEFING PENDING RULING ON INTERLOCUTORY APPEAL**

Hon. Daniel J. Calabretta

The Court, having considered "Plaintiff's Unopposed Motion to Stay Briefing Pending Ruling on Interlocutory Appeal" and finding good cause, hereby **ADJUDGES** and **ORDERS** as follows:

1.     Plaintiff's Motion is **GRANTED**.

2.     The pending briefing deadlines on Defendants' Motion to Compel Arbitration (ECF No. 16) are **STAYED** pending resolution of the Seventh Circuit's interlocutory appeal in *Ambrosia, et al. v. Blazesoft Ltd., et al.*, No. 26-8002.

3.    The parties shall file a status report within seven (7) days of any order resolving the *Ambrosia* interlocutory appeal proposing an updated briefing schedule on the Motion to Compel.


**IT IS SO ORDERED.**


Dated:  March 3, 2026                    /s/ Daniel J. Calabretta
                                         _____
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY BRIEFING PENDING RULING ON INTERLOCUTORY APPEAL
Case No. 2:25-CV-02793-DJC-AC